**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>        Plaintiffs,<br><br>        v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity,<br><br>        Defendants. | No:<br><br>**ELECTRONICALLY FILED** |

## FRCP 7.1 STATEMENT OF FINANCIAL INTERESTS OF PLAINTIFF KENTUCKY BANKERS ASSOCIATION

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Kentucky Bankers Association, makes the following disclosure:

**1. The identity of any parent corporation of Kentucky Bankers Association.**

None.

**2. The identity of any publicly held corporation that owns 10% or more of Kentucky Bankers Association.**

None.

                                                                Respectfully submitted,

| | |
|---|---|
| Timothy A. Schenk (KY Bar #92011)<br>KENTUCKY BANKERS ASSOCIATION<br>600 W Main Street #400<br>Louisville, KY 40202<br>Tel: (502) 582-2453<br>tschenk@kybanks.com<br><br>John Court**<br>Paige Pidano Paridon**<br>BANK POLICY INSTITUTE<br>1300 I Street NW, Suite 1100 West<br>Washington, D.C. 20005<br>Tel: (202) 289-4322<br>john.court@bpi.com<br>paige.paridon@bpi.com<br><br>\* *Pro hac vice* pending<br>\*\* *Pro hac vice* forthcoming | /s/ John T. McGarvey<br>John T. McGarvey (KY Bar #46230)<br>MORGAN POTTINGER MCGARVEY<br>401 South Fourth Street, Suite 1200<br>Louisville, KY 40202<br>(502) 560-6759<br>jtm@mpmfirm.com<br><br>Jeffrey B. Wall\*<br>Judson O. Littleton\*<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 956-7000<br>wallj@sullcrom.com<br>littletonj@sullcrom.com<br><br>Robert A. Flatow\*<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: (212) 558-4000<br>flatowr@sullcrom.com<br><br>*Counsel for Plaintiffs Forcht Bank, N.A., Kentucky Bankers Association, and Bank Policy Institute* |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 22, 2024, I electronically filed this document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ John T. McGarvey  
*Co-counsel for Plaintiffs Forcht Bank,*  
*N.A., Kentucky Bankers Association,*  
*and Bank Policy Institute*
