# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity,<br><br>Defendants. | No: 5:24-cv-00304-DCR<br><br>**ELECTRONICALLY FILED** |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JEFFREY B. WALL

Pursuant to L.R. 83.2, Plaintiffs Forcht Bank, N.A., Kentucky Bankers Association, and Bank Policy Institute, by counsel, respectfully move that Jeffrey B. Wall, an attorney with the law firm of Sullivan & Cromwell LLP in Washington, D.C., be admitted to practice *pro hac vice* in this matter for the purpose of representing Forcht Bank, Kentucky Bankers Association, and Bank Policy Institute.

Mr. Wall is a member of the District of Columbia and Georgia Bars, and certificates of good standing from the District of Columbia Court of Appeals and State Bar of Georgia are attached to this Motion. Mr. Wall is admitted to practice before the U.S. District Courts for the District of Columbia and the Northern District of Georgia, the U.S. Courts of Appeals for the Federal, Second, Third, Fourth, Fifth, Eighth, Ninth, Tenth and District of Columbia Circuits, the Supreme Court of Georgia, and the Supreme Court of the United States. Mr. Wall has never been disbarred, suspended from practice,

or subject to other disciplinary action by any court, state, territory, or the District of Columbia.  Mr. Wall consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.    Finally, Mr. Wall has completed the ECF online tutorial required by L.R. 83.2(a)(4) and understands that he must register for electronic filing with this Court promptly upon the granting of this Motion.

Mr. Wall has paid the prescribed fee and a proposed Order is tendered with this Motion.

Respectfully submitted,

| | |
|---|---|
| Timothy A. Schenk (KY Bar #92011)<br>KENTUCKY BANKERS ASSOCIATION<br>600 W Main Street #400<br>Louisville, KY  40202<br>Tel:  (502) 582-2453<br>tschenk@kybanks.com<br><br>John Court**<br>Paige Pidano Paridon**<br>BANK POLICY INSTITUTE<br>1300 I Street NW, Suite 1100 West<br>Washington, D.C.  20005<br>Tel:  (202) 289-4322<br>john.court@bpi.com<br>paige.paridon@bpi.com<br><br>*  *Pro hac vice* pending<br>**  *Pro hac vice* forthcoming | /s/ John T. McGarvey<br>John T. McGarvey (KY Bar #46230)<br>MORGAN POTTINGER MCGARVEY<br>401 South Fourth Street, Suite 1200<br>Louisville, KY  40202<br>(502) 560-6759<br>jtm@mpmfirm.com<br><br>Jeffrey B. Wall*<br>Judson O. Littleton*<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W.<br>Washington, D.C.  20006<br>Tel:  (202) 956-7000<br>wallj@sullcrom.com<br>littletonj@sullcrom.com<br><br>Robert A. Flatow*<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br>Tel:  (212) 558-4000<br>flatowr@sullcrom.com<br><br>*Counsel for Plaintiffs Forcht Bank, N.A.,*<br>*Kentucky Bankers Association, and*<br>*Bank Policy Institute* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, I electronically filed this Motion for Admission *Pro Hac Vice* with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ John T. McGarvey
*Co-counsel for Plaintiffs Forcht Bank,
N.A., Kentucky Bankers Association,
and Bank Policy Institute*

# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Jeffrey Bryan Wall
5235 Elliott Road
Bethesda, MD 20816
UNITED STATES

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 01/27/2006
**BAR NUMBER:** 750427
**TODAY'S DATE:** 08/14/2024

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*[signature]*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# *Jeffrey B Wall*

was duly qualified and admitted on October 13, 2006 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August 13, 2024.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*