# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and ROHIT CHOPRA, in his official capacity,<br><br>Defendants. | ELECTRONICALLY FILED<br><br>No: 5:24-cv-00304-DCR<br><br>**ORDER GRANTING ADMISSION OF JEFFREY B. WALL** ***PRO HAC VICE*** |

The Motion for Admission *Pro Hac Vice* of Jeffrey B. Wall is before the Court. The movant has paid the required filing fees and has otherwise complied with Local Rule 83.2.

Accordingly, the motion is GRANTED and Mr. Wall is admitted *pro hac vice* to represent Plaintiffs Forcht Bank, N.A., Kentucky Bankers Association, and Bank Policy Institute.