UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| FORCHT BANK, N.A. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5: 24-304-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CONSUMER FINANCIAL | ) | **SCHEDULING ORDER** |
| PROTECTION BUREAU, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Based upon the parties' Joint Notice of Parties' Conference and Proposed Briefing Schedule [Record No. 33], it is hereby

**ORDERED** as follows:

(1) The parties' proposed briefing schedule, docketed as a motion [Record No. 33], is **GRANTED**.

(2) By **February 7, 2025**, the defendants are directed to file a certified list describing the contents of the administrative record.

(3) By **February 28, 2025**, the plaintiffs are directed to move for summary judgment. The supporting memorandum may not exceed 40 pages.

(4) By **March 31, 2025**, the defendants are directed to file a combined opposition and cross-motion for summary judgment. The supporting memorandum may not exceed 50 pages.

- 2 -

(5)  By **April 30, 2025**, the plaintiffs are directed to file a combined reply and response in opposition to the defendants' cross-motion for summary judgment. The supporting memorandum may not exceed 50 pages.

(6)  By **May 30, 2025**, the defendants are directed to file a reply memorandum which may not exceed 40 pages.

(7)  By **June 6, 2025**, the parties are directed to file their joint appendix containing cited portions of the administrative record.

(8)  The parties may not, by agreement, extend any of the deadlines set forth in this Scheduling Order. Extensions require approval of the Court.

Dated: January 28, 2025.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky