IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

FORCHT BANK, N.A., KENTUCKY
BANKERS ASSOCIATION, and BANK
POLICY INSTITUTE,

    *Plaintiffs*,

v.    Case No. 5:24-cv-00304-DCR

CONSUMER FINANCIAL PROTECTION
BUREAU and RUSSELL VOUGHT, in his
official capacity,

    *Defendants*.

## [PROPOSED] ORDER GRANTING MOTION TO INTERVENE OF THE FINANCIAL TECHNOLOGY ASSOCIATION

The Financial Technology Association ("FTA") having moved to intervene in this action, and the Court being sufficiently advised, it is hereby **ORDERED:**

1.     FTA's motion to intervene as Defendants in this action is **GRANTED.**

2.     The Clerk is directed to file FTA's proposed answer in the record.

_____, 2025    _____
                                                                    Danny C. Reeves
                                                                    Chief Judge
                                                                    U.S. District Court for the Eastern District of Kentucky