# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity,<br><br>Defendants. | No: 5:24-cv-00304-DCR<br><br>**ELECTRONICALLY FILED** |

## ORDER GRANTING JOINT REQUEST FOR STAY

Before the Court is the parties' Joint Motion to Stay Proceedings (ECF No. 40), filed February 25, 2025 (the Joint Motion). In the Joint Motion, the parties agree that the briefing deadlines previously prescribed (ECF No. 34) should be stayed for 30 days to allow Defendants Consumer Financial Protection Bureau (the CFPB) and Russell Vought, the CFPB's Acting Director, to consider their position on the rule challenged in this litigation in light of the recent change in leadership at the CFPB. The Parties also request that the deadlines for compliance with the rule challenged in this litigation be stayed by a corresponding 30-day period to avoid any prejudice to Plaintiffs arising from a pause in this litigation.

Noting the proposed 30-day stay is jointly requested and finding it appropriate under the circumstances, the Court **GRANTS** the 30-day stay of proceedings and a corresponding 30-day tolling of the obligations prescribed by the rule plaintiffs challenge. *See* 12 C.F.R. § 1033.121(b). Accordingly, the summary judgment briefing schedule the Court previously entered is

**MODIFIED** as follows:

- March 31, 2025: Plaintiffs' motion for summary judgment, not to exceed 40 pages

- April 30, 2025: Defendants' combined opposition and cross-motion for summary judgment, not to exceed 50 pages

- May 30, 2025: Plaintiffs' combined reply and opposition to Defendants' cross-motion, not to exceed 50 pages

- June 30, 2025: Defendants' reply, not to exceed 40 pages

- July 7, 2025: Joint appendix

**SO ORDERED** this ___ day of February, 2025.

_____

U.S. District Judge