EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| FORCHT BANK, N.A., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5: 24-304-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CONSUMER FINANCIAL PROTECTION BUREAU, et. al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of several motions, including the parties' recently filed Joint Motion to Stay Proceedings [Record No. 40]. The parties agree that the briefing deadlines previously set by the Court should be stayed for thirty days to allow Defendants Consumer Financial Protection Bureau ("the CFPB") and Russell Vought, the CFPB's Acting Director, to consider their position regarding the rule challenged in this litigation in light of recent changes in leadership at the CFPB. Additionally, the parties request that the deadlines for compliance with the rule challenged in this litigation be stayed by a corresponding 30-day period to avoid any prejudice to the plaintiffs arising from a pause in this litigation.

Having considered the issues raised, the undersigned concludes that the requested relief is appropriate and is in the interests of justice. Accordingly, it is hereby

**ORDERED** as follows:

1.    The parties' Joint Motion to Stay Proceedings [Record No. 40] is **GRANTED**.

2. The Court **GRANTS** a 30-day stay of these proceedings and a corresponding 30-day tolling of the obligations prescribed by the rule the plaintiffs are challenging. *See* 12 C.F.R. § 1033.121(b).

3. Subject to intervening orders, the summary judgment briefing schedule previously entered is **AMENDED** and **MODIFIED** as follows:

   a. The deadline for plaintiffs' motion for summary judgment with supporting memorandum not to exceed 40 pages is extended to **March 31, 2025**;

   b. The deadline for the defendants' combined opposition and cross-motion for summary judgment not to exceed 50 pages is extended to **April 30, 2025**;

   c. The deadline for the plaintiffs' combined reply and opposition to the defendants' cross-motion not to exceed 50 pages is extended to **May 30, 2025**;

   d. the deadline for the defendants' reply not to exceed 40 pages is extended to June 30, 2025; and

   e. the deadline for filing a Joint Appendix is extended to **July 7, 2025**.

4. The Motion to Intervene filed by the Financial Technology Association ("the FTA") [Record No. 36] is **DENIED**, without prejudice. Unless the matter is resolved by the parties on or before March 31, 2025, the FTA may renew its Motion to Intervene at that time.

5. The Motion for Admission Pro Hac Vice of Adam G. Unikowsky [Record No. 38] is **GRANTED**.

6. The Motion for Admission Pro Hac Vice of Arjun R. Ramamurti [Record No. 39] is **GRANTED**.

Dated: February 25, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky

- 3 -