## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

FORCHT BANK, N.A., KENTUCKY BANKERS
ASSOCIATION, and BANK POLICY
INSTITUTE,

                Plaintiffs,

      v.

CONSUMER FINANCIAL PROTECTION
BUREAU and RUSSELL VOUGHT, in his official
capacity,

                Defendants.

No: 5:24-cv-304-DCR

**ELECTRONICALLY FILED**

### ORDER GRANTING JOINT REQUEST TO EXTEND STAY

Before the Court is the parties' Joint Motion to Extend Stay of Proceedings (ECF No. 42), filed March 26, 2025 (the Joint Motion). In the Joint Motion, the parties agree that the briefing deadlines previously prescribed (ECF No. 41) should be stayed for 60 days to allow Defendants Consumer Financial Protection Bureau (the CFPB) and Russell Vought, the CFPB's Acting Director, to continue to consider their position on the rule challenged in this litigation in light of the recent change in leadership at the CFPB, and to avoid litigation that may prove unnecessary in light of action the CFPB may take with respect to the rule. The Parties also request that the deadlines for compliance with the rule challenged in this litigation be stayed by a corresponding 60-day period to avoid any prejudice to Plaintiffs arising from a pause in this litigation.

Noting the proposed 60-day extension of the stay is jointly requested and finding it appropriate under the circumstances, the Court **GRANTS** the 60-day extension and a

corresponding further 60-day tolling of the obligations prescribed by the rule plaintiffs challenge. *See* 12 C.F.R. § 1033.121(b); ECF No. 41. Accordingly, the summary judgment briefing schedule the Court previously entered is **MODIFIED** as follows:

- May 30, 2025: Plaintiffs' motion for summary judgment, not to exceed 40 pages

- June 30, 2025: Defendants' combined opposition and cross-motion for summary judgment, not to exceed 50 pages

- July 30, 2025: Plaintiffs' combined reply and opposition to Defendants' cross-motion, not to exceed 50 pages

- August 29, 2025: Defendants' reply, not to exceed 40 pages

- September 5, 2025: Joint appendix

 **SO ORDERED** this _____ day of March, 2025.

_____
U.S. District Judge