EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| FORCHT BANK, N.A., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5: 24-304-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CONSUMER FINANCIAL PROTECTION BUREAU, et. al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The parties have jointly moved to extend the Court's previously imposed stay of this action. [Record No. 42] The plaintiffs also request a corresponding 60-day tolling of the compliance deadlines required by the rule. The parties indicate the CFPB's review of the rule at issue has not been completed, and additional time is required to do so.

Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' Joint Motion [Record No. 42] is **GRANTED**.

2. The Court **GRANTS** a 60-day stay of these proceedings and a corresponding 60-day tolling of the obligations prescribed by the rule the plaintiffs are challenging. *See* 12 C.F.R. § 1033.121(b).

3. Subject to intervening orders, the summary judgment briefing schedule previously entered and amended is further **AMENDED** and **MODIFIED** as follows:

    a. The deadline for plaintiffs' motion for summary judgment with supporting memorandum not to exceed 40 pages is extended to **May 30, 2025**;

      b.      The deadline for the defendants' combined opposition and cross-motion for summary judgment not to exceed 50 pages is extended to **June 29, 2025**;

      c.      The deadline for the plaintiffs' combined reply and opposition to the defendants' cross-motion not to exceed 50 pages is extended to **July 29, 2025**;

      d.      the deadline for the defendants' reply not to exceed 40 pages is extended to **August 29, 2025**; and

      e.      the deadline for filing a Joint Appendix is extended to **September 5, 2025**.

Dated:   March 27, 2025.

<u>Danny C. Reeves, District Judge</u>
United States District Court
Eastern District of Kentucky