UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL MINUTES – GENERAL

Case No.  5:24-CV-304-DCR          At  Lexington          Date  May 5, 2025

Forcht Bank, NA, et al v. Consumer Financial Protection Bureau, et al

PRESENT:    HON. DANNY C. REEVES, U.S. DISTRICT JUDGE

Kimberly Marsh          Lauren Gootee
Deputy Clerk          Court Reporter

Attorney Present for Plaintiffs:                Attorney Present for Defendant:
John T. McGarvey                                Lauren Gorodetsky
Judson O. Littleton

                                                Attorney Present for Proposed Intervenor Defendant:
                                                Michael P. Abate

PROCEEDINGS:              **MOTION HEARING**

        This matter was called for hearing with counsel present as noted. Counsel stated their respective positions regarding proposed Intervenor Defendant Financial Technology Association's motion to clarify or lift stay for the purpose of resolving the motion to intervene and motion to expedite consideration. [Record No. 47 and 48]  Being sufficiently advised, it is hereby

        **ORDERED** as follows:

        1. Financial Technology Association's Motion to Clarify or Lift Stay [Record No. 47] is **GRANTED**, in part. The stay is lifted to allow parties to complete briefing on the proposed intervenor's motion to intervene.

        2.     The plaintiffs and defendant may file a response to the renewed motion to intervene [Record No. 43] on or before Monday, May 12, 2025. The proposed intervenor defendant may file a reply on or before Friday, May 16, 2025.

        Dated: May 5, 2025.

                                        Danny C. Reeves, District Judge
                                        United States District Court
                                        Eastern District of Kentucky

1

Copies:  COR
Initials of Deputy Clerk  <u>km</u>
TIC: /26