IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A. KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity<br><br>Defendants. | Case No. 5:24-cv-00304-DCR |

## **DEFENDANTS' RESPONSE TO FINANCIAL TECHNOLOGY ASSOCIATION'S RENEWED MOTION FOR INTERVENTION**

In response to this Court's May 5, 2025 order (ECF No. 52), Defendants Consumer Financial Protection Bureau and Russell Vought file this response to Financial Technology Association's Renewed Motion to Intervene (ECF No. 43).

On March 27, 2025, this Court granted a 60-day stay of these proceedings and a corresponding 60-day tolling of the obligations prescribed by the rule the plaintiffs are challenging. The day before, on March 26, 2025, the Proposed Intervenor Financial Technology Association (FTA) filed a renewed motion to intervene in this matter (ECF No. 43). On May 5, 2025, this Court lifted the stay to allow the parties to complete briefing on the motion to intervene.

Defendants do not object to FTA's participation in this case. Defendants do not take a position on whether it would be more appropriate for FTA to participate as an intervenor or as an amicus.

DATED: May 12, 2025

Respectfully Submitted,

MARK PAOLETTA
*Chief Legal Officer*

DANIEL SHAPIRO
*Deputy Chief Legal Officer*

VICTORIA DORFMAN
*Senior Legal Advisor*

CHRISTOPHER DEAL
*Assistant General Counsel for Litigation*

*/s/ Lauren Gorodetsky*
Lauren Gorodetsky
    *Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov

***Counsel for Defendants Consumer Financial Protection Bureau and Russell Vought***

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, I electronically filed this Response with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Lauren Gorodetsky
Lauren Gorodetsky
   *Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov

***Counsel for Defendants Consumer Financial Protection Bureau and Russell Vought***