UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity,<br><br>Defendants. | No. 5:24-cv-304-DCR |

**PLAINTIFFS' RESPONSE TO
THE FINANCIAL TECHNOLOGY ASSOCIATION'S
RENEWED MOTION TO INTERVENE**

Pursuant to the Court's May 5, 2025 order, ECF No. 52, Plaintiffs respectfully submit this response to the renewed motion to intervene filed by the Financial Technology Association (FTA). *See* ECF No. 43.

On March 26, 2025, the parties jointly requested an additional 60-day stay of proceedings in this action to permit the CFPB's new leadership to complete its review of the Rule challenged in this case. ECF No. 42. The FTA filed its renewed motion to intervene later that same day. The Court granted the 60-day stay on March 27, 2025, ECF No. 45, which remains in effect other than for the limited purpose of allowing the parties to respond to the FTA's motion. Under the circumstances of this case, Plaintiffs

do not oppose the FTA's participation in this matter to make arguments in defense of the Rule, whether as an intervenor or an amicus.

                                                      Respectfully submitted,

May 12, 2025

| | |
|---|---|
| Timothy A. Schenk (KY Bar #92011)<br>KENTUCKY BANKERS ASSOCIATION<br>600 W Main Street #400<br>Louisville, KY  40202<br>Tel:  (502) 582-2453<br>tschenk@kybanks.com | John T. McGarvey (KY Bar #46230)<br>MORGAN POTTINGER MCGARVEY<br>401 South Fourth Street, Suite 1200<br>Louisville, KY  40202<br>(502) 560-6759<br>jtm@mpmfirm.com |
| John Court*<br>Paige E. Pidano*<br>BANK POLICY INSTITUTE<br>1300 I Street NW, Suite 1100 West<br>Washington, D.C.  20005<br>Tel:  (202) 289-4322<br>john.court@bpi.com<br>paige.paridon@bpi.com<br><br>*  Admitted *pro hac vice* | /s/ Judson O. Littleton*<br>Jeffrey B. Wall*<br>Judson O. Littleton*<br>Nathan H. Golden*<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W.<br>Washington, D.C.  20006<br>Tel:  (202) 956-7000<br>wallj@sullcrom.com<br>littletonj@sullcrom.com<br>goldenn@sullcrom.com<br><br>Robert A. Flatow*<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY  10004<br>Tel:  (212) 558-4000<br>flatowr@sullcrom.com<br><br>*Counsel for Plaintiffs Forcht Bank, N.A., Kentucky Bankers Association, and Bank Policy Institute* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2025, I electronically filed this Response with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Judson O. Littleton

*Co-counsel for Plaintiffs Forcht Bank, N.A., Kentucky Bankers Association, and Bank Policy Institute*