UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,

    Plaintiffs,

v.

CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity,

    Defendants.

No. 5:24-cv-304-DCR

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants the Consumer Financial Protection Bureau and Russell Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, by and through counsel, respectfully move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for an order granting summary judgment in Defendants' favor on the grounds that Defendants are entitled to judgment as a matter of law. In support of this motion, the Court is respectfully referred to the accompanying Defendants' Memorandum in Support of Their Motion for Summary Judgment. A proposed order consistent with the relief sought is also attached.

DATED: May 30, 2025                                     Respectfully Submitted,


                                                        MARK PAOLETTA
                                                        *Chief Legal Officer*

                                                        DANIEL SHAPIRO
                                                        *Deputy Chief Legal Officer*

                                                        VICTORIA DORFMAN
                                                        *Senior Legal Advisor*

                                                        CHRISTOPHER DEAL
                                                        *Assistant General Counsel for Litigation*

                                                        /s/ Lauren Gorodetsky

                                                        Lauren Gorodetsky
                                                        *Counsel*
                                                        Consumer Financial Protection Bureau
                                                        1700 G Street NW
                                                        Washington, DC 20552
                                                        (202) 435-7560
                                                        lauren.gorodetsky@cfpb.gov

                                                        *Counsel for Defendants Consumer Financial Protection Bureau and Russell Vought*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion was filed electronically through the Court's ECF system.

DATED: May 30, 2025                     /s/ Lauren Gorodetsky

Lauren Gorodetsky
*Counsel*
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov

*Counsel for Defendants Consumer Financial Protection Bureau and Russell Vought*