UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>    Plaintiffs,<br><br>  v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity,<br><br>    Defendants. | No. 5:24-cv-304-DCR |

### [PROPOSED] ORDER

Before the Court is Defendants' Motion for Summary Judgment on the Required Rulemaking on Personal Financial Data Rights, 89 Fed. Reg. 90838 (Nov. 18, 2024) (Rule). ECF No. 58. Having considered the Motion with supporting memorandum, relevant docket entries, and applicable law, the Court concludes that the Rule is unlawful under the Administrative Procedure Act because it exceeds the Bureau's statutory authority and is arbitrary and capricious. *See* 5 U.S.C. § 706(2)(A), (C). Having concluded that vacatur is the appropriate remedy, the Court hereby **VACATES** the Rule.

  **FURTHER ORDERED** that this case is **CLOSED**.

  **SO ORDERED** on this ___ day of _____, _____.

                   _____
                   DANNY C. REEVES
                   UNITED STATES DISTRICT JUDGE