**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,

*Plaintiffs*,

v.

Case No. 5:24-cv-00304-DCR

CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity,

*Defendants*.

**MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT BRIEF**

The Financial Technology Association ("FTA"), by counsel, respectfully moves the Court to enter the attached order extending the time for FTA to file its summary judgment brief by three weeks to July 21, 2025. FTA has consulted with counsel for Plaintiffs Forcht Bank, N.A., Kentucky Bankers Association, and Bank Policy Institute (collectively, "BPI") and counsel for Defendants Consumer Financial Protection Bureau and Russell Vought (collectively, "CFPB"). Both BPI and CFPB do not oppose a limited extension, take no position on how long the extension should be, and will not file a response to this motion.

For good cause in support of this motion, counsel for FTA states as follows:

1. FTA's brief is more complex than originally anticipated. FTA will now be responding to two briefs (BPI's and the CFPB's) rather than one. *See* ECF Nos. 58, 59. Moreover, the CFPB's switch in position may raise additional legal issues. FTA notes that BPI has had several months

to prepare its summary judgment motion, having filed suit in October 2024, while FTA's motion to intervene was not granted until May, thus making it reasonable for FTA to seek a modest extension of time. As well, the CFPB served FTA with a large number of non-public documents that are part of the administrative record on June 3, 2025.

2. Undersigned counsel has an unusual number of personal and professional obligations between May 30 and June 29. Personally, between May 30 and June 29, the undersigned counsel has the following personal obligations: (1) an out-of-town wedding of a family member; (2) an out-of-town Bar Mitzvah for a family member; and (3) his own son's Bar Mitzvah. Each of these are multi-day events. Professionally, between May 30 and June 29, undersigned counsel will file:

- Amicus Brief in *Fausett v. Walgreen Co.*, No. 131444 (Ill. S. Ct.)
- Response Brief in *Association of American Universities v. Department of Health and Human Services*, No. 25-1345 (1st Cir.)
- Response to Motion to Stay in *Novartis AG v. Novadoz Pharmaceuticals LLC*, No. 25-1550 (3d Cir.)
- Reply Brief in *Rico v. United States*, No. 24-1056 (U.S.)
- Opening Brief in *Twenty-Nine Palms Band of Mission Indians v. Bondi*, No. 25-2340 (9th Cir.)

3. In addition, counsel is currently representing clients in several other matters that are in active litigation.

4. In requesting a three-week extension to July 21, 2025, FTA notes that many businesses, including many of FTA's members, scale down their operations considerably during the week of July 4, which is the week immediately after FTA's current response deadline. Accordingly, FTA respectfully requests an additional two weeks beyond that week, until Monday, July 21, 2025, to complete FTA's summary judgment brief.

Dated: June 4, 2025

Respectfully submitted,

*/s/ Adam G. Unikowsky*

Mike Abate
KAPLAN JOHNSON ABATE & BIRD
710 West Main Street, 4th Floor
Louisville, KY 40202
(502) 540-8280 (Telephone)
mabate@kaplanjohnsonlaw.com

Adam G. Unikowsky (*pro hac vice*)
Arjun R. Ramamurti (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Ave. N.W. Suite 900
Washington, DC 20001
(202) 639-6000 (Telephone)
aunikowsky@jenner.com

*Counsel for the Financial Technology Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 4, 2025 *_/s/ Adam G. Unikowsky_*