# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

FORCHT BANK, N.A., KENTUCKY
BANKERS ASSOCIATION, and BANK
POLICY INSTITUTE,

    *Plaintiffs*,

v.	Case No. 5:24-cv-00304-DCR

CONSUMER FINANCIAL PROTECTION
BUREAU and RUSSELL VOUGHT, in his
official capacity,

    *Defendants*.

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME OF THE FINANCIAL TECHNOLOGY ASSOCIATION

Having reviewed the motion by counsel for the Financial Technology Association ("FTA") to extend the time to file its summary judgment brief in this action, and the Court being sufficiently advised, it is hereby **ORDERED:**

FTA's motion for extension of time is **GRANTED**. FTA shall have until July 21, 2025 to file its summary judgment brief.

_____, 2025       _____
                                                                               Danny C. Reeves
                                                                               Chief Judge
                                                                               U.S. District Court for the Eastern District of Kentucky