EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| FORCHT BANK, N.A., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5: 24-304-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CONSUMER FINANCIAL PROTECTION BUREAU, et. al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Intervenor-Defendant Financial Technology Association has filed a motion seeking *pro hac vice* admission of attorney Jonathan J. Marshall. [Record No. 62] The Court has reviewed the motion and finds that the requirements of Local Rule 83.2 have been satisfied. Accordingly, it is hereby

**ORDERED** that the motion for *pro hac vice* admission of attorney Jonathan J. Marshall [Record No. 62] is **GRANTED**.

Dated: June 23, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky