**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,<br><br>*Defendants*,<br><br>FINANCIAL TECHNOLOGY ASSOCIATION,<br><br>*Intervenor-Defendant*. | Case No. 5:24-cv-00304-DCR<br><br>Hon. Danny C. Reeves |

**INTERVENOR-DEFENDANT FINANCIAL TECHNOLOGY ASSOCIATION'S**
**MOTION FOR SUMMARY JUDGMENT**

Intervenor-Defendant Financial Technology Association ("FTA"), by and through counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 56, for an order granting summary judgment against Plaintiffs and in favor of Intervenor-Defendant on all counts of Plaintiffs' amended complaint, on the ground that each of the claims in Plaintiffs' amended complaint fails as a matter of law. In support of this motion, FTA respectfully refers the Court to the accompanying memorandum in support and the record and other materials cited therein.

Dated: June 29, 2025

Respectfully submitted,

*/s/ Adam G. Unikowsky*

Adam G. Unikowsky (*pro hac vice*)
Arjun R. Ramamurti (*pro hac vice*)
Jonathan J. Marshall (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000
aunikowsky@jenner.com
aramamurti@jenner.com
jmarshall@jenner.com

Michael P. Abate
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
(502) 540-8280
mabate@kaplanjohnsonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Kentucky, Lexington Division, using the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

Dated: June 29, 2025

*/s/ Adam G. Unikowsky*
Adam G. Unikowsky