**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,

*Plaintiffs*,

v.

CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau,

*Defendants*,

FINANCIAL TECHNOLOGY ASSOCIATION,

*Intervenor-Defendant*.

Case No. 5:24-cv-00304-DCR

Hon. Danny C. Reeves

**[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANT FINANCIAL TECHNOLOGY ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT, DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

A motion for summary judgment having been filed by Intervenor-Defendant Financial Technology Association, a motion for summary judgment having been filed by Plaintiffs Forcht Bank, N.A., Kentucky Bankers Association, and Bank Policy Institute, and a motion for summary judgment having been filed by Defendants Consumer Financial Protection Bureau and Russell Vought, and the Court having considered the motions, the memoranda and supporting materials submitted therewith, and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Intervenor-Defendant Financial Technology Association's motion for summary judgment, Dkt. ____, is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' motion for summary judgment, Dkt. 59, is DENIED.

IT IS FURTHER ORDERED that Defendants' motion for summary judgment, Dkt. 58, is DENIED.

IT IS FURTHER ORDERED that plaintiffs' amended complaint, Dkt. 22, is dismissed with prejudice, and the Clerk is directed to close this case.

__________________________, 2025

_________________________________
Danny C. Reeves
Chief Judge
U.S. District Court for the Eastern District
of Kentucky

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Kentucky, Lexington Division, using the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

Dated: June 29, 2025

*/s/ Adam G. Unikowsky*
Adam G. Unikowsky