**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

_____
|                                                                      |   |                          |
|----------------------------------------------------------------------|---|--------------------------|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE, | ) ) ) ) |  |
| *Plaintiffs*                                                        | ) ) |  |
|                                                                      | ) | No. 5-24-cv-304-DCR      |
| v.                                                                   | ) ) |                          |
| CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity | ) ) ) ) |  |
| *Defendants,* and                                                   | ) ) |  |
| FINANCIAL TECHNOLOGY ASSOCIATION,                                    | ) ) |  |
| *Intervenor-Defendant*                                              | ) ) |  |

_____)

**MOTION OF THE FINANCIAL HEALTH NETWORK, CONSUMERS REPORTS, AND SAVERLIFE FOR LEAVE TO FILE A MEMORANDUM OF LAW AS *AMICI CURIAE* IN SUPPORT OF INTERVENOR'S MOTION FOR SUMMARY JUDGMENT**

The Financial Health Network, Consumer Reports, and SaverLife respectfully move the Court for leave to file, as *amici curiae*, the attached Memorandum in support of Intervenor Financial Techology Association's opposition to the motions for summary judgment filed by plaintiffs and defendants and in support of Intervenor's cross-motion for summary judgment. The basis for this motion is set forth below.

**INTEREST OF THE *AMICI CURIAE***

The Financial Health Network (FHN) is a nonprofit organization whose mission is to help build a world in which everyone can thrive financially. FHN brings together financial institutions, employers, innovators, and other nonprofits all working to achieve financial

health for all. Through its Financial Solutions Lab, FHN has invested in and helped to incubate both commercial entities and not-for-profit organizations seeking to advance financial health, including through the use of consumer-permissioned access to consumers' financial data. FHN also has used consumer-permissioned financial data to conduct research to illuminate the financial health challenges many Americans face.

Consumer Reports (CR) is an independent, nonprofit and nonpartisan organization that works with consumers to create a fair and just marketplace. Known for its rigorous testing and ratings of products, CR advocates for laws and company practices that put consumers first. CR is dedicated to amplifying the voices of consumers to promote safety, digital rights, financial fairness, and sustainability. The organization surveys millions of Americans every year, reports extensively on the challenges and opportunities for today's consumers, and provides ad-free content and tools to 6 million members across the U.S.

SaverLife is a nonprofit organization dedicated to empowering people to build financial security and improve their overall financial health. Through its innovative fintech platform, SaverLife provides members with tools and resources that include personalized financial guidance, savings incentives and rewards, trusted referrals, and access to a supportive online community. SaverLife members voluntarily authorize the organization to access their financial data in order to deliver these services. In addition to directly supporting members, SaverLife leverages aggregated, consented data to conduct research and advance public understanding of financial challenges facing low- and moderate-income households. SaverLife also engages in policy advocacy to promote a more inclusive and equitable financial system.

**REASONS FOR GRANTING THE MOTION**

Because of their missions, each of the *amici* has a keen interest in the Personal Financial Data Rights Rule issued by the Consumer Financial Protection Bureau (CFPB) and at issue here. Each of the *amici* submitted a comment to the CFPB with respect to its proposed Personal Financial Data Rights Rule, and two of the *amici* responded as well to the Bureau's advance notice of proposed rulemaking.

Because *amici* are non-profit organizations which, in different ways, seek to advance financial inclusion and consumers' financial well-being, *amici* approach the issues in this case through a somewhat different lens than any of the parties. *Amici* therefore seek leave to file the attached Memorandum to present to the Court *amici's* consumer-centric perspective on the central issues presented by the cross-motions for summary judgment and the real-world implications for consumers that are at stake in this case.

Plaintiffs have stated that they do not oppose this motion. Defendants have stated that they take no position with respect to the motion. Intervenor consents to the granting of the motion.

Respectfully submitted,

*/s/ David M. Silberman*_____
DAVID M. SILBERMAN
Financial Health Network
1140 Connecticut Ave NW Suite 920
Washington, DC 20036
(301) 943-1766
dsilberman@finhealthnetwork.org

JAMES CRAIG
The Craig Firm
Waterfront Plaza Building, Suite 1808
325 West Main Street
Louisville, KY 40202
(502) 544-5667
james@craigfirm.com

*Counsel for amici Financial Health Network, Consumer Reports, and SaverLife*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Kentucky, Lexington Division, using the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

Dated: July 5, 2025                                                     /s/ James Craig_____
                                                                                      JAMES CRAIG