IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A, KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br>          *Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity,<br>          *Defendants.*<br><br>FINANCIAL TECHNOLOGY ASSOCIATION,<br>          *Intervenor-Defendant* | Case No. 5:24-cv-304-DCR |

**MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    Public Citizen respectfully seeks leave to file the accompanying Brief of Amicus Curiae Public Citizen in Opposition to Defendants' Motion for Summary Judgment. The proposed amicus curiae brief is being filed as an attachment to this motion.

    Amicus curiae Public Citizen is a nonprofit consumer advocacy organization with members in all fifty states. Public Citizen regularly appears before Congress, administrative agencies, and courts to advocate for laws and policies that protect consumers, workers, and the general public. Because Public Citizen frequently takes a role in proposing, defending, or challenging agency regulations, Public Citizen has a strong interest in the proper application of the Administrative

Procedure Act (APA), and it often participates as a party or as amicus curiae in cases that involve the APA.

Whether to allow the filing of an amicus curiae brief is within a court's "sound discretion … upon a finding that the proffered information of amicus is timely, useful, or otherwise necessary to the administration of justice." *United States v. Michigan*, 940 F.2d 143, 165 (6th Cir. 1991) (cleaned up). The role of an amicus is generally "to aid the Court in resolving doubtful issues of law rather than present a partisan view of the facts." *BancInsure, Inc. v. UK Bancorporation Inc./United Kentucky Bank of Pendleton Cnty., Inc.*, 830 F. Supp. 2d 294, 307 (E.D. Ky. 2011) (internal citation and quotation omitted).

Here, Defendant Consumer Financial Protection Bureau (CFPB) has moved for summary judgment seeking an order vacating the Final Rule challenged in this action. ECF 58. To amicus' knowledge, no federal agency has ever before sought to rescind a rule by asking a court to enter judgment against it, rather than using the procedures requires by the APA. The proposed amicus brief explains that the APA requires the agency to undertake notice-and-comment rulemaking to rescind its rule, as well as the issues raised by the CFPB's attempt to evade judicial review of its decision to change position on the validity of the challenged Final Rule. The proposed amicus brief does not address the substance of the challenged Final Rule or the merits of Plaintiffs' motion for summary judgment. The brief does not duplicate the arguments made in Defendant-Intervenor's brief, ECF 65, and thus will aid the Court in the resolution of the novel issues of law presented by the CFPB's filing.

Counsel for movant contacted the parties regarding this motion, but has not received a response from counsel for Plaintiffs or Defendants as of the time of filing. Defendant-Intervenor's counsel consents to the relief requested in this motion.

## CONCLUSION

For the foregoing reasons, the motion for leave to file amicus curiae brief in opposition to defendants' motion for summary judgment should be granted.

July 7, 2025                                   Respectfully submitted,

                                                            /s/ Elizabeth Ahern Wells
                                                            Elizabeth Ahern Wells 90724
                                                            Burdge & Wells Law Office Co., LPA
                                                            8250 Washington Village Dr.
                                                            Dayton, Ohio 45458
                                                            Phone: (937) 432-9500
                                                            Fax: (937) 432-9503
                                                            Email: Beth@BurdgeLaw.com

                                                            *Attorney for Amicus Curiae*

*Of counsel:*
Cormac Early
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Kentucky, Lexington Division, using the CM/ECF system, which will send a notice of filing to all counsel of record who have consented to service by electronic means.

Dated: July 7, 2025                                                                                  /s/ Elizabeth Ahern Wells
                                                                                                             Elizabeth Ahern Wells