AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| Forcht Bank, N.A., et al. *Plaintiff* v. Consumer Financial Protection Bureau, et al. *Defendant* | Case No. 5:24-cv-00304-DCR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Consumer Financial Protection Bureau and Russell Vought, in his official capacity.

Date: 07/10/2025

/s/ Justin M. Sandberg
*Attorney's signature*

Justin M. Sandberg (IL # 6278377)
*Printed name and bar number*

1700 G Street NW
Washington, DC 20552
*Address*

justin.sandberg@cfpb.gov
*E-mail address*

(304) 494-3213
*Telephone number*

(202) 435-7024
*FAX number*