UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>               Plaintiffs,<br><br>      v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity,<br><br>               Defendants. | No. 5:24-cv-304-DCR |

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion to Stay Proceedings. ECF No. 80. Having considered the Motion, relevant docket entries, and applicable law, the Court concludes that Defendants' motion to stay the case is GRANTED as follows:

1) This action is stayed until further order of the Court.

2) The CFPB shall submit a status report every 90 days during the pendency of the new rulemaking from the day this Order is issued.

**SO ORDERED** on this ____ day of _____, _____.

 

_____
DANNY C. REEVES
UNITED STATES DISTRICT JUDGE