# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity,<br><br>Defendants. | No. 5:24-cv-304-DCR |

## MOTION TO EXTEND THE BUREAU'S DEADLINE TO FILE ITS COMBINED REPLY AND OPPOSITION BRIEF PENDING RESOLUTION OF THE BUREAU'S MOTION TO STAY

The Consumer Financial Protection Bureau (Bureau or CFPB) respectfully submits this motion to extend the deadline to file its combined reply in support of its motion for summary judgment and in opposition to intervenor Financial Technology Association's cross-motion for summary judgment, pending resolution of the Bureau's motion to stay proceedings. ECF No. 80.

1.  In 2024, the Consumer Financial Protection Bureau issued the final rule at issue in this case. *See* Required Rulemaking on Personal Financial Data Rights, 89 Fed. Reg. 90838 (Nov. 18, 2024) (Rule). Plaintiffs filed the present suit on the day the Rule was announced, requesting vacatur of the Rule on the grounds that it violated the Administrative Procedure Act, 5 U.S.C. § 551 *et seq.* ECF No. 1. Plaintiffs filed their Amended Complaint on November 18, 2024, ECF No. 22, and the Bureau answered on December 27, 2024, ECF No. 29.

1

2. After the change in the Bureau's leadership, this Court granted the parties' joint motion to say proceedings and toll the Rule's compliance deadlines. ECF No. 41 (Feb. 25, 2025). On March 27, 2025, the Court granted a 60-day extension of the stay and of the Rule's compliance deadlines. ECF No. 45. The Court modified the summary judgment briefing schedule accordingly. *Id.*

3. On May 14, 2025, the Court granted the Financial Technology Association's motion to intervene. ECF No. 56.

4. Consistent with the modified summary judgment schedule, Plaintiffs and the Bureau filed motions for summary judgment on May 30, 2025. ECF Nos. 58, 59. The Financial Technology Association filed its cross-motion for summary judgment and response in opposition to Plaintiffs' and the Bureau's motions for summary judgment on June 29, 2025. ECF Nos. 64, 65.

5. The Bureau's combined reply and opposition brief is due on July 29, 2025.

6. On July 29, 2025, the Bureau filed a motion to stay proceedings to enable the Bureau to reconsider the Rule, with a view to substantially revising it. Accordingly, the Bureau seeks an extension of the deadline pending resolution of the motion to stay. If the court grants the motion to stay, the Bureau requests that the deadline be reset at a later date, if at all, after the resolution of the rulemaking process—which may significantly change the legal landscape—has come into view. If the court denies the motion to stay, the Bureau requests that the deadline to file its reply brief be set three business days after the court's decision on the stay motion.

7. For the reasons set out above, the Bureau respectfully requests that the Court stay the Bureau's deadline to file its combined reply and opposition brief.

8.  Intervenor FTA does not oppose this motion. Plaintiffs authorized the Bureau to represent their position as follows: "Plaintiffs are opposed to extending today's filing deadline and to placing the litigation in abeyance. Plaintiffs intend to file their reply brief today as scheduled, and they will file an opposition to the government's stay motion shortly."

DATED: July 29, 2025                    Respectfully Submitted,

MARK PAOLETTA
*Chief Legal Officer*
DANIEL SHAPIRO
*Deputy Chief Legal Officer*
VICTORIA DORFMAN
*Senior Legal Advisor*
CHRISTOPHER DEAL
*Deputy General Counsel for Litigation*
JUSTIN SANDBERG
*Senior Counsel*
LAUREN GORODETSKY
*Counsel*

/s/ Lauren Gorodetsky

Lauren Gorodetsky
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov

*Counsel for Defendants Consumer Financial Protection Bureau and Russell Vought*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion was filed electronically through the Court's ECF system.

DATED: July 29, 2025                    */s/ Lauren Gorodetsky*

Lauren Gorodetsky
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov

*Counsel for Defendants Consumer Financial Protection Bureau and Russell Vought*