UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>    Plaintiffs,<br><br>  v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity,<br><br>    Defendants. | No. 5:24-cv-304-DCR |

**[PROPOSED] ORDER**

  Before the Court is Defendants' Motion to extend the deadline to file its combined reply and opposition. ECF No. 81. Having considered the Motion, relevant docket entries, and applicable law, the Court concludes that Defendants' motion to stay the case is GRANTED as follows:

1) This Bureau's deadline to file its combined reply is stayed pending the Courts resolution of the motion to stay.

2) The Court will set a new deadline, if appropriate, by subsequent order.

  **SO ORDERED** on this ___ day of _____, _____.

                             _____
                             DANNY C. REEVES
                             UNITED STATES DISTRICT JUDGE