IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A. KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity<br><br>Defendants. | Case No. 5:24-cv-00304-DCR |

## NOTICE OF WITHDRAWAL

Pursuant to Local Rule 83.6(b), attorney Lauren Gorodetsky hereby withdraws her appearance as counsel of record for Defendants Consumer Financial Protection Bureau and Acting Director Vought. Defendants have been notified of the withdrawal and will continue to be represented in this matter by attorney Justin Sandberg.

DATED: July 30, 2025

Respectfully Submitted,

/s/ Lauren Gorodetsky
Lauren Gorodetsky
Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552
(202) 435-7560
lauren.gorodetsky@cfpb.gov