UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>        Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity,<br><br>        Defendants, and<br><br>FINANCIAL TECHNOLOGY ASSOCIATION,<br><br>        Intervenor Defendant. | No. 5:24-cv-304-DCR |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO LIFT THE STAY**

The Consumer Financial Protection Bureau and Russell Vought (Bureau) take no position on Plaintiffs' motion to lift the stay for purpose of postponing the Section 1033 Rule's Compliance Deadlines and enjoining its enforcement.

To aid the Court as it decides Plaintiffs' motion, the Bureau respectfully submits the following update on the Bureau's initial progress in its accelerated rulemaking process to reexamine the Section 1033 Rule, which includes an expression of the Bureau's intention to extend the existing compliance deadlines.

1.    Consistent with the Bureau's July 29 motion to stay this litigation, *see* ECF No. 80, at 2, the Bureau recently published an Advanced Notice of Proposed Rulemaking seeking comments and data to inform its consideration of the agency's implementation of Section 1033 of the Dodd-Frank Act, 90 Fed. Reg. 40986 (Aug. 22, 2025).

1

2.  As the advance notice explains, "[a]s part of its reconsideration of the [Section 1033] Rule, the Bureau plans to issue a Notice of Proposed Rulemaking [NPRM] to extend the [Rule's] compliance dates." *Id.* at 40989.

3.  To aid the Bureau's evaluation of an extension of the compliance dates, the advanced notice seeks "comments and data generally on the appropriateness of the compliance dates in the [Section 1033] Rule, and what extension may be appropriate" and posed several specific questions relevant to an extension of those dates. *Id.*

4.  As directed by this Court's July 29 Order, *see* ECF No. 83, at 3, the Bureau will provide further updates on its rulemaking progress every 45 days, starting September 12, 2025.

DATED: September 02, 2025                Respectfully Submitted,

MARK PAOLETTA
*Chief Legal Officer*
DANIEL SHAPIRO
*Deputy Chief Legal Officer*
VICTORIA DORFMAN
*Senior Legal Advisor*
CHRISTOPHER DEAL
*Deputy General Counsel for Litigation*
LARK TURNER
*Counsel*

/s/ Justin M. Sandberg
JUSTIN M. SANDBERG
*Senior Counsel*
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20552
Tel: (304) 494-3213 (Sandberg)
justin.sandberg@cfpb.gov
*Counsel for Defendants Consumer Financial Protection Bureau and Russell Vought*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Motion was filed electronically through the Court's ECF system.

DATED: September 02, 2025

*/s/ Justin M. Sandberg*
JUSTIN M. SANDBERG
*Counsel for Defendants Consumer Financial Protection Bureau and Russell Vought*