UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>                Plaintiffs,<br><br>       v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity,<br><br>                Defendants, and<br><br>FINANCIAL TECHNOLOGY ASSOCIATION,<br><br>                Intervenor Defendant. | No. 5:24-cv-304-DCR |

## JOINT STATUS REPORT

In a July 29, 2025, order, the Court stayed this case, which centers on the Bureau's implementation of § 1033 of the Dodd-Frank Act, and "directed the parties to submit a joint status report every 45 days commencing from this date[.]" Order, ECF No. 83, at 3. The parties hereby submit their first report.

**Plaintiffs**

Plaintiffs look forward to participating in the Bureau's rulemaking process to replace the Rule at issue in this litigation. But the existing Rule's compliance deadlines remain in place. To avoid the need to continue spending unrecoverable sums to prepare to comply with a Rule the Bureau is working to replace, Plaintiffs have filed a motion asking this Court to lift the stay of this litigation for the limited purpose of postponing the Rule's compliance deadlines during the course of the new rulemaking and the remainder of this litigation. ECF No. 85. The Bureau has

1

taken no position on that motion, and Intervenor-Defendant has opposed. Plaintiffs will file their reply brief in further support of that motion on Tuesday, September 16, at which point the motion will be fully briefed. *See* E.D. Ky. L.R. 7.1(c).

**Defendants**

As part of an accelerated rulemaking process, the Bureau recently published an Advanced Notice of Proposed Rulemaking seeking comments and data to inform its consideration of four issues related to the agency's implementation of Section 1033, 90 Fed. Reg. 40986 (Aug. 22, 2025). Those four issues are: (i) "the proper understanding of who can serve as a 'representative' making a request on behalf of the consumer"; (ii) "the optimal approach to the assessment of fees to defray the costs incurred by a 'covered person' in responding to a customer driven request"; (iii) "the threat and cost-benefit pictures for data security associated with section 1033 compliance"; and (iv) "the threat picture for data privacy associated with section 1033 compliance." *Id.* The Bureau is accepting comments through October 21, 2025, and will consider those comments as it develops a well-reasoned approach to implementing § 1033 that aligns with the policy preferences of new leadership and addresses the defects in the existing rule.

**Intervenor Defendant**

Intervenor-Defendant appreciates the Bureau's swift attention to this matter and intends to participate in good faith in the Bureau's rulemaking process.

DATED: September 12, 2025                                  Respectfully Submitted,

                                                                                  MARK PAOLETTA
                                                                                  *Chief Legal Officer*

DANIEL SHAPIRO
*Deputy Chief Legal Officer*
VICTORIA DORFMAN
*Senior Legal Advisor*
CHRISTOPHER DEAL
*Deputy General Counsel for Litigation*
LARK TURNER
*Counsel*

/s/ *Judson O. Littleton*
Jeffrey B. Wall
Judson O. Littleton
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7000
wallj@sullcrom.com
littletonj@sullcrom.com
*Counsel for Plaintiffs*

/s/ *Justin M. Sandberg*
JUSTIN M. SANDBERG
*Senior Counsel*
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20552
Tel: (304) 494-3213 (Sandberg)
justin.sandberg@cfpb.gov
*Counsel for Defendants Consumer Financial Protection Bureau and Russell Vought*

   /s/ *Adam G Unikowsky*
Adam G. Unikowsky
Jenner & Block LLP
1099 New York Ave, NW
Washington, DC 20001
*Counsel for Intervenor-Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Joint Status Report was filed electronically through the Court's ECF system.

DATED: September 12, 2025

/s/ Justin M. Sandberg
JUSTIN M. SANDBERG
*Counsel for Defendants Consumer Financial Protection Bureau and Russell Vought*