UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity,<br><br>Defendants, and<br><br>FINANCIAL TECHNOLOGY ASSOCIATION,<br><br>Intervenor Defendant. | No. 5:24-cv-304-DCR |

## NOTICE OF SUBSTITUTION

Please take notice that Andrea Matthews, Assistant General Counsel, Consumer Financial Protection Bureau (CFPB), is hereby substituted for Justin M. Sandberg, Senior Counsel, CFPB, as counsel of record for Federal Defendants, the CFPB and Russell Vought, in his official capacity. The clients consent to this substitution.

DATED: November 14, 2025

Respectfully Submitted,

MARK PAOLETTA
*Chief Legal Officer*
DANIEL SHAPIRO
*Deputy Chief Legal Officer*
VICTORIA DORFMAN
*Senior Legal Advisor*
CHRISTOPHER DEAL
*Deputy General Counsel for Litigation*

1

    */s/ Justin M. Sandberg*
JUSTIN M. SANDBERG
*Senior Counsel*

  */s/ Andrea Matthews*
ANDREA J. MATTHEWS
MA Bar No. 694538
*Assistant General Counsel*
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20552
Tel: (202) 407-2324 (Matthews)
Andrea.Matthews@cfpb.gov
*Counsel for Defendants Consumer Financial Protection Bureau and Russell Vought*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Substitution was filed electronically through the Court's ECF system.

DATED: November 14, 2025

/s/ Justin M. Sandberg
JUSTIN M. SANDBERG
*Senior Counsel*

/s/ Andrea Matthews
ANDREA MATTHEWS
*Assistant General Counsel*