EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| FORCHT BANK, N.A., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5: 24-304-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CONSUMER FINANCIAL | ) | **ORDER** |
| PROTECTION BUREAU, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The parties recent status report indicates that, on November 11, 2025, the Consumer Financial Protection Bureau ("CFPB") announced the Department of Justice's Office of Legal Counsel determined that it may not legally request funds from the Federal Reserve under the Dodd-Frank Act at this time. [*Id.* at 2] However, the CFPB anticipates having sufficient funds to continue operations through at least December 31, 2025. [*Id.*] Considering this development, the CFPB will undertake efforts to issue an interim final 1033 rule. [*Id.*]

If the CFPB issues an interim final rule, the plaintiffs request the Court to order: (1) the CFPB immediately notify the Court; and (2) the parties confer and submit a joint status report within thirty days of the interim final rule proposing next steps in the litigation. [*Id.* at 2-3] The defendants agree this course of action would be appropriate. [*Id.* at 2] Conversely, Intervenor-Defendant Financial Technology Association believes no court action is necessary at this time but does not take a position on the plaintiffs' proposed procedure. [*Id.* at 3]

Being sufficiently advised, it is hereby **ORDERED** as follows:

1. Defendant Consumer Financial Protection Bureau is directed to file a status report **within 5 days** of the issuance of an interim final 1033 rule, notifying the Court of the issuance.

2. The parties are directed to file a joint status report **within 30 days** of the issuance of an interim final 1033 rule, proposing next steps for this litigation.

Dated: December 10, 2025.

Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky