UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| FORCHT BANK, N.A., KENTUCKY BANKERS ASSOCIATION, and BANK POLICY INSTITUTE,<br><br>    Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity,<br><br>    Defendants, and<br><br>FINANCIAL TECHNOLOGY ASSOCIATION,<br><br>    Intervenor Defendant. | No. 5:24-cv-304-DCR |

## NOTICE OF APPEAL

Notice is hereby given that Defendants Consumer Financial Protection Bureau and Russell Vought, in his official capacity as Acting Director, appeal to the United States Court of Appeals for the Sixth Circuit from the Court's October 29, 2025 Memorandum Opinion and Order (ECF No. 90).

DATED: December 26, 2025          Respectfully Submitted,

                                                 MARK PAOLETTA
                                                 *Chief Legal Officer*
                                                 DANIEL SHAPIRO
                                                 *Deputy Chief Legal Officer*
                                                 VICTORIA DORFMAN
                                                 *Senior Legal Advisor*

CHRISTOPHER DEAL
*Deputy General Counsel for Litigation*


  /s/ *Andrea J. Matthews*
ANDREA J. MATTHEWS
MA Bar No. 694538
*Assistant General Counsel*
Consumer Financial Protection Bureau
1700 G St. NW
Washington, D.C. 20552
Tel:  (202) 407-2324 (Matthews)
Andrea.Matthews@cfpb.gov
*Counsel for Defendants Consumer Financial Protection Bureau and Russell Vought*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Notice of Appeal was filed electronically through the Court's ECF system.

DATED: December 26, 2025

                                            /s/ *Andrea J. Matthews*
                                            ANDREA J. MATTHEWS
                                            *Assistant General Counsel*