**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 05, 2026

Mr. Judson Owen Littleton
Sullivan & Cromwell
1700 New York Avenue, N.W.
Suite 700
Washington, DC 20006

Mr. Justin M. Sandberg
U.S. Department of Justice
Federal Programs Branch
P.O. Box 883
Washington, DC 20044-0883

Mr. Adam G. Unikowsky
Jenner & Block
1099 New York Avenue, N.W.
Suite 900
Washington, DC 20001-4412

     Re: Case No. 26-5005
          *Forcht Bank, NA, et al v. CFPB, et al*
          Originating Case No. 5:24-cv-00304

Dear Counsel,

   This appeal has been docketed as case number **26-5005** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **January 20, 2026**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

You have until **January 20, 2026** to either pay the $605.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit. Either one must be paid/filed with the <u>U.S. District Court</u>. **Failure to do one or the other may result in the dismissal of the appeal without further notice**. If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Antoinette

Case Management Specialist
Direct Dial No. 513-564-7015

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 26-5005

FORCHT BANK, NA; KENTUCKY BANKERS ASSOCIATION; BANK POLICY INSTITUTE

    Plaintiffs - Appellees

v.

CONSUMER FINANCIAL PROTECTION BUREAU; RUSSELL VOUGHT, Acting Director of the Consumer Financial Protection Bureau

    Defendants - Appellants

FINANCIAL TECHNOLOGY ASSOCIATION

    Intervenor - Appellee