**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**AT LEXINGTON**

Eastern District of Kentucky

**F I L E D**

Jun - 02 2026

Robert R. Carr
Clerk, U.S. District Court

**ORDER**

\*\*\*    \*\*\*    \*\*\*    \*\*\*

Effective June 2, 2026,

**IT IS ORDERED** that all pending Lexington civil cases currently assigned to Senior Judge Danny C. Reeves be reassigned to Judges Karen K. Caldwell, Claria Horn Boom, Robert E. Wier and S. Chad Meredith from a limited use case assignment deck composed of seven assignments cards.  Judges Caldwell, Wier, and Meredith will each have two cards in the deck.  Judge Boom will have one card.  Assignments will be made randomly from the limited use assignment deck, the deck will be reshuffled when emptied, and this process will continue until all cases have been reassigned.

**IT IS FURTHER ORDERED** that the Clerk shall file this Order in each of the respective cases being reassigned.

This 2nd day of June, 2026.



Signed By:

David L. Bunning

Chief United States District Judge